# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | TIMOTHY J & LEANNE C BOWMAN |
| **Case Number:** | 2:09-BK-12983-RTBP   **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 14, 2009 09:00 AM   PRESCOTT |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matter:

STATUS HEARING IN RE: CHAPTER 11 CASE

**R / M #:**   1 / 0

## Appearances:

D. LAMAR HAWKINS, ATTORNEY FOR LEANNE C BOWMAN, TIMOTHY J BOWMAN

## Proceedings:

Mr. Hawkins reviews the status of the plan.

COURT:  IT IS ORDERED directing the debtor to file a plan & disclosure statement no later than the end of the exclusivity period.